# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1068
_____

EDDIE JAMES MOULTRIE,

Appellant,

v.

UNKNOWN CORRECTIONAL
OFFICER(S) EMPLOYED AT
COLUMBIA CORRECTION
INSTITUTION,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Sara J. Carter, Judge.

June 22, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Eddie James Moultrie, pro se, Appellant.

No appearance for Appellee.